UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:08-CR-240 CEJ ) |
| STEVEN RUSSELL ROLLINS, | ) ) |
| Defendant. | ) |

### ORDER

Pursuant to 28 U.S.C. § 636(b), the Court referred all pretrial matters in this case to United States Magistrate Judge Terry I. Adelman for determination and recommended disposition, where appropriate. On July 25, 2008, Judge Adelman issued a Report and Recommendation with respect to the defendant's motion to suppress evidence and motion to suppress statements. No objections to the Report and Recommendation have been filed, and the time allowed for doing so has elapsed.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Terry I. Adelman is sustained, adopted, and incorporated herein.

**IT IS FURTHER ORDERED** that the motions of defendant Steven Russell Rollins to suppress physical evidence [Doc. # 26] and to suppress statements [Doc. # 27] are **denied**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 8th day of August, 2008.